Case 1:25-mj-00995-RT   Document 2   Filed 08/11/25   Page 1 of 4   PageID.18

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 11, 2025 1:59 PM
Lucy H.Carrillo, Clerk of Court

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ25-00995 RT | 8/8/2025 2:25 PM | no one present |

Inventory made in the presence of: no one present

Inventory of the property taken and name of any person(s) seized:

buccal swab of Gavin Bolosan

nothing further

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/11/2025

Executing officer's signature

Margaret Blanton, FBI Special Agent
Printed name and title

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  MJ25-00995 RT |
| PERSON OF GAVIN W. BOLOSAN (BORN 1977) | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Hawaii____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     August 13, 2025     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Rom A. Trader    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  July 30, 2025 at 11:31 a.m.

City and state:  Honolulu, Hawaii

*signature*
Rom A. Trader
United States Magistrate Judge

## ATTACHMENT A

## PERSON TO BE SEARCHED

Gavin W. Bolosan (photograph below)

Born in 1977

Approximately 5'7", weighing approximately 230 lbs

Brown Hair and Brown Eyes



## ATTACHMENT B

## Particular Things to Be Seized

Biological samples containing deoxyribonucleic acid ("DNA") belonging to Gavin Bolosan (DOB: 10/13/1977) ("BOLOSAN"), which are to be obtained using buccal swabs of the inner tissues of BOLOSAN's mouth. Executing agents of the warrant for buccal swabs are permitted to use "reasonable force" if BOLOSAN should be unwilling to cooperate in law enforcement's collection of the samples.